UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TRISTAN MCDONALD<br>A/K/A FAITH MCDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>MBS TEXTBOOK EXCHANGE, LLC,<br><br>    Defendant. | Case No.: 2:20-cv-04172-WJE |

## DEFENDANT MBS TEXTBOOK EXCHANGE, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MBS Textbook Exchange, LLC discloses that it is a limited liability company under the laws of the State of Delaware and that no parent corporation or publicly held corporation owns 10% or more of its stock.

Dated: September 3, 2020

**CARMODY MACDONALD P.C.**

By: *s/ Gerard T. Carmody*
Gerard T. Carmody, #24769MO
120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
T: (314) 854-8600
F: (314) 854-8660
gtc@carmodymacdonald.com

*Attorneys for Defendant*
*MBS Textbook Exchange, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2020, the foregoing Notice of Removal was electronically filed with the Clerk of the Court using CM/ECF and served via electronic mail upon:

Nimrod Thomas Chapel, Jr.
Andrew G. Heitmann
THE CHAPEL LAW GROUP LLC
311 W. Dunklin St.
Jefferson City, MO 65101
nimrod@chapellaw.com
andrew@chapellaw.com

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　/s/   Gerard T. Carmody
　　　　　　　　　　　　　　　　　　　　　　　Gerard T. Carmody